IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-3067-AP**

**WILLIAM H. KLEIS,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

Upon consideration of Plaintiff's Motion to Dismiss With Prejudice (doc. #12), filed April 3, 2013, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 3rd day of April, 2013.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court